**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

## CRIMINAL MINUTES - GENERAL MINUTES

**Case No.: 3:25cr19/ 3:26mj9** **Date: 9/9/2026**

---

**Defendant: Gustavo Quintero** **Counsel: Jessica Phillips, CJA**

---

| | | | |
|---|---|---|---|
| PRESENT: | JUDGE: | Joel C. Hoppe | TIME IN COURT: 12:09-12:15 (6 mins) |
| | Deputy Clerk: | Kayla Lokey | |
| | Court Reporter: | Kayla Lokey, FTR | |
| | U. S. Attorney: | Sally Sullivan | |

PROCEEDINGS:
All parties present and represented by counsel
Both counsel request the court find him competent
Court rules that both cases can proceed
Motions withdrawn regarding re-appointment of counsel
Adjourned